

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00358-CV

| | | |
|---|---|---|
| Shawn Shamaei | § | From County Court at Law No. 3 |
| | § | of Tarrant County (2013-005639-3) |
| v. | § | April 30, 2015 |
| Keith Conway | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Shawn Shamaei shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
Justice Bonnie Sudderth